MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUZANNE B. MILES  (242048)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: Suzanne.Bratis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>        Plaintiff, )<br><br>        v. )<br><br>TYRONE LAVAR HUMPHREY, and )<br>ROYRICK DWAYNE MILLER, )<br><br>        Defendant(s). ) | No. CR-10-00681-CW<br><br>[PROPOSED] ORDER EXCLUDING TIME |

Following the initial appearance of defendants TYRONE LAVAR HUMPHREY and

ROYRICK DWAYNE MILLER on September 17, 2010, the Court enters this order

documenting the exclusion of time for both defendants under the Speedy Trial Act until the next

court date of September 22, 2010.

As to Mr. Humphrey, the parties agreed, and the Court finds, that excluding time until

September 22, 2010, was the reasonable time necessary for effective preparation of defense

counsel, given the exercise of due diligence, so that counsel can obtain and review discovery.  18

U.S.C. § 3161(h)(7)(B)(iv).

As to Mr. Miller, a speedy trial exclusion is appropriate for continuity of counsel until

ORDER EXLUDING TIME
Case No. CR-10-00681-CW

1   September 20, 2010, given the need to obtain retained counsel (given that the federal defender's

2   office is representing Mr. Humphrey).  *Id.*

3       The exclusion as to Mr. Humphrey also is a reasonable period of delay as to Mr. Miller, and

4   thus the Speedy Trial exclusion as to Mr. Humphrey extends to Mr. Miller.  *See* 18 U.S.C. §

5   3161(h)(6) .

6       The Court finds that the ends of justice served by the continuance and excluding time

7   outweigh the best interest of the public and both defendants in a speedy trial.  Accordingly, the

8   Court excludes time under the Speedy Trial Act from September 17, 2010, and September 22,

9   2010.  *See* 18 U.S.C. § 3161(h)(7)(B)(A) and (B)(iv).

10

11

12  DATED: September 20, 2010

13  _____
    LAUREL BEELER
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXLUDING TIME
Case No. CR-10-00681-CW            -2-