UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00681-CW |
| Plaintiff, | ) ) | [PROPOSED] ORDER DETAINING DEFENDANT PENDING TRIAL |
| v. | ) ) | |
| TYRONE LAVAR HUMPHREY, and ROYRICK DWAYNE MILLER, | ) ) ) | |
| Defendant(s). | ) ) | |

Defendant Royrick Dwayne Miller, represented by counsel, appeared before the Court on September 22, 2010, for arraignment, entry of plea, and a detention hearing. Based on the nature of the offenses charged and defendant's record of criminal conduct, the Court finds by clear and convincing evidence that no condition or combination of conditions in section 3142(c) will reasonably assure Defendant's appearance in this case or the safety of any other person or the community. See 18 U.S.C. § 3142(e) and (f). Because Defendant waived his right to present information under 3142(f) without prejudice to raising any relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

The Court is committing to the custody of the Attorney General or a designated

[PROPOSED] DETENTION ORDER
CR-10-00681 CW                                        1

representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The Defendant must be afforded a reasonable opportunity to consult privately with counsel. Id. at § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. Id. at § 3142(i)(4).

IT IS SO ORDERED

DATED: September 24, 2010

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR-10-00681 CW                                         2