1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00681-CW |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| TYRONE LAVAR HUMPHREY, and ) | |
| ROYRICK DWAYNE MILLER, ) | |
| ) | |
| Defendant(s). ) | |

Defendant ROYRICK DWAYNE MILLER, represented by Linda Fullerton, Assistant Federal Public Defender, and the United States, represented by James Mann, Assistant United States Attorney, appeared before the Court on September 21, 2010, for the arraignment, entry of plea, and detention hearing.

The matter was continued to October 5, 2010, at 10:00 am for a status or trial setting hearing. Counsel for defendant requested that time be excluded under the Speedy Trial Act between September 21, 2010, and October 5, 2010, for review of discovery materials.

Based upon the representation of counsel and for good cause shown, the Court finds that the ends of justice served by excluding the time between September 21, 2010, and October 5,

ORDER EXLUDING TIME
Case No. CR-10-00681-CW

1  2010, from computation under the Speedy Trial Act outweigh the best interests of the public and
2  the defendant in a speedy trial because failing to do so would unreasonably deny the defendant's
3  counsel the time necessary for effective preparation, taking into account the exercise of due
4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
5      Therefore, IT IS HEREBY ORDERED that the periods of time between September 21,
6  2010, and October 5, 2010, shall be excluded from computation under the Speedy Trial Act.
7  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  DATED: September 24, 2010                    _____
                                                 LAUREL BEELER
11                                               United States Magistrate Judge

ORDER EXLUDING TIME
Case No. CR-10-00681-CW            -2-