UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00681-CW |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| TYRONE LAVAR HUMPHREY, and | ) | |
| ROYRICK DWAYNE MILLER, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Defendant ROYRICK DWAYNE MILLER, represented by Cecily Gray, appearing for Linda Fullerton, and the United States, represented by Keslie Stewart, Assistant United States Attorney, appeared before the Court on October 5, 2010, for a status hearing.

The matter was continued to December 7, 2010, at 10:00 am for a status or trial setting hearing. Counsel for defendant requested that time be excluded under the Speedy Trial Act between October 5, 2010, and December 7, 2010, for review of discovery materials and investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that the ends of justice served by excluding the time between October 5, 2010, and December 7,

ORDER EXCLUDING TIME
Case No. CR-10-00681-CW

1  2010, from computation under the Speedy Trial Act outweigh the best interests of the public and
2  the defendant in a speedy trial because failing to do so would unreasonably deny the defendant's
3  counsel the time necessary for effective preparation, taking into account the exercise of due
4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
5       Therefore, IT IS HEREBY ORDERED that the periods of time between October 5, 2010,
6  and December 7, 2010, shall be excluded from computation under the Speedy Trial Act.
7  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  DATED:  10/14/2010

  HONORABLE DONNA M. RYU
  United States Magistrate Judge

ORDER EXCLUDING TIME
Case No. CR-10-00681-CW                  -2-