MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Acting Criminal Chief

CHRISTINA MCCALL  (CABN234139)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-CR-00681-CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | DECEMBER 7, 2010, TO FEBRUARY 15, 2011, FROM SPEEDY TRIAL ACT |
| | ) | CALCULATION (18 U.S.C. §§ |
| ROYRICK DWAYNE MILLER, | ) | 3161(h)(7)(A) and (B)) |
| | ) | |
| Defendant. | ) | |

      The defendant, ROYRICK DWAYNE MILLER, represented by LINDA ANN FULLERTON, Esquire, and the government, represented by CHRISTINA MCCALL, Assistant United States Attorney, appeared before the Court on December 7, 2010, for a status hearing.  At that time, counsel for the defendant indicated she needs additional time to investigate issues in the case, and has hired an investigator. The Court found good cause to continue the status hearing and set an appearance date of February 15, 2011,  for further status.  The Court then ordered that time should be excluded from the Speedy Trial Act calculation from December 7, 2010 through February 15, 2011, for continuity and effective preparation of defense counsel.  With the agreement of the parties, the Court enters this order documenting the exclusion of time under the

No. CR-10-00681 CW
Order Excluding Time

//

Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from December 7, 2010 through February 15, 2011.

    IT IS SO ORDERED.

DATED:  12/7/2010

_____
DONNA M. RYU
United States District Judge