IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROYRICK MILLER,<br><br>    Defendant.<br>_____/ | No. CR 10-681 CW<br><br>ORDER TO SHOW CAUSE ON 28 U.S.C. § 2255 MOTION |

    Defendant, a federal prisoner, filed this motion under 28 U.S.C. § 2255 to correct his sentence.  The Court hereby issues the following orders:

    1.    The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney.

    2.    Respondent shall file with this Court and serve upon Movant, within seventy-five (75) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.    If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon

Respondent within forty-five (45) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: May 19, 2016



CLAUDIA WILKEN
United States District Judge

2